UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | |
|---|---|
| THOMAS UNDERWOOD, | |
| Plaintiff, | Case No. 1:10-cv-651 |
| v. | Honorable Paul L. Maloney |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | **JUDGMENT** |
| Defendant. | |

IT IS ORDERED that the stipulated motion to remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) (docket # 31) is GRANTED. Judgment is hereby entered in plaintiff's favor, the Commissioner's decision is REVERSED, and the matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: May 19, 2011
/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge